UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM FITZPATRICK,

                       Plaintiff,

    -against-

BOWERY RESIDENCE CORPORATION, ET AL.,

                       Defendants.

25 CIVIL 4168 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the June 23, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 26, 2025
           New York, New York

                                                   /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                           Chief United States District Judge